UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY BRIAN WILLIS-BEY,

        Plaintiff,

v.                                            Case Number: 09-cv-13406
                                              HON. AVERN COHN

UNKNOWN NAMED POLICE OFFICERS
OF THE CITY OF DETROIT,

        Defendants.

_____/

## **ORDER**

### I.

This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff, proceeding pro se and in forma pauperis, is a state inmate currently housed at the Gus Harrison Correctional Facility in Adrian, Michigan. Plaintiff is suing unnamed police officers from the City of Detroit. He claims he was wrongfully prosecuted, that defendants lacked probable cause for the prosecution, and that the prosecution was undertaken with recklessness and malice. He seeks money damages. As will be explained, plaintiff shall have thirty (30) days to identify the defendants or face dismissal of the complaint.

### II.

An inmate bringing a civil rights complaint must specifically identify each defendant against whom relief is sought, and must give each defendant notice of the action by serving upon him or her a summons and copy of the complaint. Where, as here, a plaintiff is proceeding without having to pay the filing fee, the district court bears the responsibility for issuing the plaintiff's process to a United States Marshal, who must

effectuate service upon the defendants once the plaintiff has properly identified them in the complaint.

Here, plaintiff names "Unknown Named Police Officers of the City of Detroit" as defendants. As it stands, the Court is unable to serve the defendants. Accordingly, plaintiff shall within thirty (30) days identify the defendants so service upon them may be effectuated. If plaintiff fails to do so, the complaint will be dismissed. See Eastern District of Michigan Local Rule 41.2 (failure to prosecute).

SO ORDERED.

    s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  September 9, 2009

I hereby certify that a copy of the foregoing document was mailed to Gregory Willis, 207545, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, MI 49221 the attorneys of record on this date, September 9, 2009, by electronic and/or ordinary mail.

    s/ Julie Owens
Case Manager, (313) 234-5160